United States District Court
Southern District of Texas
**ENTERED**
October 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONNATHAN JOSE GOYO BRITO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-03553 |
| | § | |
| RAYMOND THOMPSON, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL AND CASE CLOSURE

When the petitioner, Jonnathan Jose Goyo Brito, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention under 8 U.S.C. § 1225, he did not have a final order of removal. The Order of the Immigration Judge ordering Petitioner's removal reflects that Petitioner's order of removal is now final and that Petitioner is now detained under 8 U.S.C. § 1231. Doc. No. 9-1. Therefore, the Court **ORDERS** as follows:

1. This case, which challenged the petitioner's pre-final-removal-order detention under § 1225, is **DISMISSED without prejudice as MOOT**.
2. All pending motions, if any, are **DENIED as MOOT**.
3. This case is **CLOSED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this 23rd day of October 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE